IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-05021-RTG

RUDIS ALEXANDER FLORES-NUNEZ,

Applicant,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility,

Respondent.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED November 19, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge